# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 03-1396

————————

Larry Wayne Natt,               \*

                               \*

            Appellant,     \*   Appeal from the United States

                               \*   District Court for the Eastern

   v.                       \*   District of Arkansas.

                               \*

Marvin D. Morrison, Warden, FCI,   \*     [UNPUBLISHED]

Forrest City,                   \*

                               \*

            Appellee.      \*

————————

Submitted:  October 31, 2003

Filed:  November 3, 2003

————————

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

————————

PER CURIAM.

    Federal inmate Larry Wayne Natt appeals the district court's[*] order dismissing Natt's 28 U.S.C. § 2241 petition. Because the district court correctly concluded Natt's inability to file a successive 28 U.S.C. § 2255 motion did not make section 2255

——————————————

[*]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

inadequate or ineffective to test the legality of his detention, we affirm.  <u>See</u> 8th Cir.
R. 47B.

_____